UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | | |
|---|---|---|
| DAVID ALLEN DEAN, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No.: 2:16-CV-338-TAV-HBG |
| | ) | |
| BERNARD BOOKER, | ) | |
| | ) | |
| Respondent. | ) | |

## **MEMORANDUM AND ORDER**

This is a petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254. Under the Prison Litigation Reform Act of 1995, a prisoner who files a complaint in a district court must tender the full filing fee or he must file (1) an application to proceed *in forma pauperis* without prepayment of fees and (2) a certified copy of his inmate trust account for the previous six-month period. 28 U.S.C. § 1915(a)(2). Petitioner has not paid the required $5.00 filing fee, nor has be submitted the proper documents to proceed *in forma pauperis*. Specifically, Petitioner has not filed a certified copy of his inmate trust account for the previous six-month period.

Petitioner shall have thirty (30) days from the date of entry of this order to pay the full filing fee or to submit the necessary documents. The Clerk is **DIRECTED** to send Petitioner an application to proceed *in forma pauperis*. Petitioner is hereby **NOTIFIED** that if he fails to fully comply with this order within the time required, the Court shall presume that Petitioner is not a pauper, shall assess the full amount of fees, and shall order the case dismissed for want of prosecution and/or failure to comply with Court orders.

**SO ORDERED.**

**ENTER:**

                */s/ Harry S. Mattice, Jr.*
                HARRY S. MATTICE, JR.
               UNITED STATES DISTRICT JUDGE